1   CENTER FOR DISABILITY ACCESS
    Raymond Ballister Jr., Esq., SBN 111282
2   Russell Handy, Esq., SBN 195058
    Dennis Price, Esq., SBN 279082
3   Amanda Seabock, Esq., SBN 289900
    Mail: 8033 Linda Vista Road, Suite 200
4   San Diego, CA 92111
    (858) 375-7385; (888) 422-5191 fax
5   amandas@potterhandy.com
6    Attorneys for Plaintiff

7   VATCHE CHORBAJIAN (SBN: 134271)
    vatche@vclegal.com
8   ALAIN  CHORBAJIAN (SBN: 323199)
    alain@vclegal.com
9   LAW OFFICES OF VATCHE CHORBAJIAN , APC
    6006 El Tordo Road , Suite 207
10  Mailing: P.O. Box 661
    Rancho Santa Fe , California 92067
11  Telephone: (858) 759-8822
    Facsimile: (858) 923-2124
12  Attorneys for Defendant
13  Andonian Enterprises, Inc.

14                  UNITED STATES DISTRICT COURT
15                  CENTRAL DISTRICT OF CALIFORNIA

16  FRANK SOTO,                          Case: 5:20-cv-00260-JGB-SP

17          Plaintiff,
                                         **JOINT STIPULATION FOR**
18      v.                               **DISMISSAL PURSUANT TO**
19  ANDONIAN ENTERPRISES, INC., a        **F.R.CIV.P. 41 (a)(1)(A)(ii)**
    California Corporation; and Does 1-
20  10,
21          Defendants.
22

23

24

25

26

27

28

                                    1

1        **STIPULATION**

2

3        Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4    between the parties hereto that this action may be dismissed with prejudice

5    as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6    This stipulation is made as the matter has been resolved to the satisfaction of

7    all parties.

8

9    Dated: April 19, 2021         CENTER FOR DISABILITY ACCESS

10

11                                 By: /s/ Amanda Seabock
                                        Amanda Seabock
12                                      Attorneys for Plaintiff

13   Dated:                        LAW OFFICES OF VATCHE CHORBAJIAN,
                                   APC
14

15                                 By: _____
                                        Alain Chorbajian
16                                      Attorney for Defendant
                                        Andonian Enterprises, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

                                          2

Joint Stipulation for Dismissal              Case: 5:20-cv-00260-JGB-SP

1                                 **STIPULATION**

2

3          Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties

4     hereto that this action may be dismissed with prejudice as to all parties; each party to

5     bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has

6     been resolved to the satisfaction of all parties.

7

8     Dated:                          CENTER FOR DISABILITY ACCESS

9

10                                    By: _____
                                          Amanda Seabock
11                                        Attorneys for Plaintiff

12    Dated:                          LAW OFFICES OF VATCHE CHORBAJIAN, APC

13

14                                    By: ___*/s/Alain Chorbajian*_____
                                           Alain Chorbajian
15                                         Attorney for Defendant
16                                         Andonian Enterprises, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

                                          2